IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH A. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-414-CV-W-ODS-SSA |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

This action stems from Plaintiff's allegation that she was denied social security benefits, and before the Court is her motion to proceed in forma pauperis. Plaintiff's affidavit of poverty demonstrates that she cannot pay the filing fee or incur the costs of these proceedings, and the complaint alleges sufficient facts to demonstrate that it is not barred by 28 U.S.C. § 1915(e)(2)(B).

Accordingly, it is ORDERED that

1. Plaintiff's motion to proceed in forma pauperis (Doc. # 1) is GRANTED,
2. Plaintiff shall have twenty days from this date to electronically file the Complaint, and;
3. Plaintiff shall be responsible for serving process in the manner described in Rule 4(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: May 2, 2013    UNITED STATES DISTRICT COURT